**DISMISSED and Opinion Filed December 2, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00901-CV

## IN THE INTEREST OF S.C. AND K.C., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-16417**

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Whitehill
Opinion by Justice Whitehill

Appellant has filed a November 8, 2016 unopposed first amended motion to dismiss the

appeal. We **GRANT** the motion and **DISMISS** the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

We **DENY AS MOOT** appellant's November 9, 2016 unopposed motion to extend the

time to file a nunc pro tunc sealing order.

/Bill Whitehill/
BILL WHITEHILL
JUSTICE

160901F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

IN THE INTEREST OF S.C. AND K.C., CHILDREN

No. 05-16-00901-CV

On Appeal from the 256th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-11-16417.
Opinion delivered by Justice Whitehill. Justices Bridges and Lang-Miers participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee QC recover her costs of this appeal from appellant IC.

Judgment entered December 2, 2016